# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
April 18, 2017

In re:
Paul Peter D'Lubac IV
Debtor*

Case Number: 17−20550 jjt
Chapter: 7

**ORDER APPROVING APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED**

Upon consideration of the above−referenced Debtor's *Application to Have the Chapter 7 Filing Fee Waived* dated April 15, 2017, (the "Application", ECF No. 11) (Official Form 103B); it is hereby

**ORDERED:** The Application is APPROVED; and it is further

**ORDERED:** The Debtor may be ordered to pay the filing fee in the future if developments in administering the bankruptcy case demonstrate that the waiver of the filing fee was unwarranted.

Dated: April 18, 2017

BY THE COURT

James J. Tancredi
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 103 − kv