**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

In re: D'LUBAC, PAUL PETER, IV § Case No. 17-20550-JJT
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Thomas C. Boscarino, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $65,465.74 *(without deducting any secured claims)* | Assets Exempt: $17,404.71 |
| Total Distribution to Claimants: $5,417.05 | Claims Discharged Without Payment: $23,740.65 |
| Total Expenses of Administration: $1,507.56 | |

3) Total gross receipts of $ 7,250.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 325.39 (see **Exhibit 2**), yielded net receipts of $6,924.61 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $117,966.72 | $102,171.33 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,507.56 | 1,507.56 | 1,507.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 49,162.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,416.45 | 5,417.05 | 5,417.05 | 5,417.05 |
| **TOTAL DISBURSEMENTS** | $199,545.17 | $109,095.94 | $6,924.61 | $6,924.61 |

4) This case was originally filed under Chapter 7 on April 15, 2017. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2018          By: /s/Thomas C. Boscarino
                                                    Trustee, Bar No.: CT05466

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preferential Transfers | 1241-000 | 7,250.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,250.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| D'LUBAC, PAUL PETER, IV | Dividend paid 100.00% on $325.39; Claim# SURPLUS; Filed: $325.39; Reference: | 8200-002 | 325.39 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$325.39** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company, LLC | 4220-000 | 30,104.62 | 29,233.26 | 0.00 | 0.00 |
| 2 | Ford Motor Credit Company, LLC | 4220-000 | 10,165.56 | 9,168.02 | 0.00 | 0.00 |
| 3 | Ford Motor Credit Company, LLC | 4220-000 | N/A | 38,183.89 | 0.00 | 0.00 |
| 5 | Bank of America, N.A. | 4220-000 | 26,841.86 | 25,586.16 | 0.00 | 0.00 |
| NOTFILED | Ally Financial | 4210-000 | 50,854.68 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$117,966.72** | **$102,171.33** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Thomas C. Boscarino, Chapter 7 Trustee | 2100-000 | N/A | 1,442.46 | 1,442.46 | 1,442.46 |
| Trustee Expenses - Thomas C. Boscarino, Chapter 7 Trustee | 2200-000 | N/A | 14.74 | 14.74 | 14.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.36 | 10.36 | 10.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,507.56 | $1,507.56 | $1,507.56 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5800-000 | 5,135.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5800-000 | 17,255.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5800-000 | 16,508.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5800-000 | 4,758.00 | N/A | N/A | 0.00 |
| NOTFILED | Conn Dept of Revenue Services | 5800-000 | 155.00 | N/A | N/A | 0.00 |
| NOTFILED | Conn Dept of Revenue Services | 5800-000 | 162.00 | N/A | N/A | 0.00 |
| NOTFILED | Conn Dept of Revenue Services | 5800-000 | 2,708.00 | N/A | N/A | 0.00 |
| NOTFILED | Conn Dept of Revenue Services | 5800-000 | 2,481.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $49,162.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Peter William De Hertogh, III | 7100-000 | 8,675.80 | 5,356.61 | 5,356.61 | 5,356.61 |
| 4I | Peter William De Hertogh, III | 7990-000 | N/A | 60.44 | 60.44 | 60.44 |
| NOTFILED | Maki Law LLC | 7100-000 | 12,352.35 | N/A | N/A | 0.00 |
| NOTFILED | Webster Bank N.A. | 7100-000 | 3,089.69 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 6,321.62 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 1,976.99 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$32,416.45** | **$5,417.05** | **$5,417.05** | **$5,417.05** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-20550-JJT  
**Case Name:** D'LUBAC, PAUL PETER, IV

**Trustee:** (270180) Thomas C. Boscarino, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 04/15/17 (f)  
**§341(a) Meeting Date:** 05/24/17

**Period Ending:** 09/18/18  
**Claims Bar Date:** 10/26/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Deposits of money: Bank of America | 19.98 | 0.00 | | 0.00 | FA |
| 2 | Security dep. The Residences at 299 Colt Hwy | 912.50 | 0.00 | | 0.00 | FA |
| 3 | Security dep. All State Construction Inc | 647.50 | 0.00 | | 0.00 | FA |
| 4 | Bed, Dresser, Couch, (1) Laptop Computer, linens | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | (1) Television, (1) Cell Phone | 800.00 | 0.00 | | 0.00 | FA |
| 6 | Debtor's Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Foresters Financial Life Insurance: Paul Peter D | 1,129.14 | 0.00 | | 0.00 | FA |
| 8 | Ret. or Pension Acct.: BNY Mellon's Pershing (u) | 4,977.27 | 0.00 | | 0.00 | FA |
| 9 | 2014 Ford F550 | Unknown | 0.00 | | 0.00 | FA |
| 10 | 2013 Ford F550 | Unknown | 0.00 | | 0.00 | FA |
| 11 | 2014 Ford F350 | Unknown | 0.00 | | 0.00 | FA |
| 12 | 2013 Maserati GranTurismo, 35000 miles (u) | 53,079.35 | 0.00 | | 0.00 | FA |
| 13 | Leaf Blowers,Weed Trimmers,Lawn Mowers,Etc | 2,300.00 | 0.00 | | 0.00 | FA |
| 14 | Customer Lists | Unknown | 0.00 | | 0.00 | FA |
| 15 | Preferential Transfers (u) (See Footnote) | 0.00 | 18,364.19 | | 7,250.00 | FA |
| 15 | **Assets Totals** (Excluding unknown values) | **$65,465.74** | **$18,364.19** | | **$7,250.00** | **$0.00** |

RE PROP# 15   Based upon total claims filed in the case and the costs of administration, Trustee only needed to collect $7,250.00 of the $10,000.00 compromised amount to effect a 100% distribution, plus interest, to creditors.

**Major Activities Affecting Case Closing:**

4/18/17-Review schedules and prepare dcoument production memo.
4/25/17-Receive and review e-mail from Atty Maki re his client's claim against the debtor.
5/17/17-Follow up e-mail sent to debtor's counsel re lack of document production.
5/19/17-Review initial debot document production and e-mail to counsel re deficiency therein.
5/20/17-Review supplemantal debtor document production.
5/23/17-Follow up e-mail sent to debtor's counsel re deficiency in document production. Review supplemental debtor document production.
5/24/17-Follow up e-mail sent to Atty Habib re deficiency in doucment production. Tcw Atty Maki.
5/25/17-Review e-mail from Atty Maki.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-20550-JJT  
**Case Name:** D'LUBAC, PAUL PETER, IV

**Trustee:** (270180) Thomas C. Boscarino, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 04/15/17 (f)  
**§341(a) Meeting Date:** 05/24/17

**Period Ending:** 09/18/18

**Claims Bar Date:** 10/26/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

6/1/17-Review supplemental debtor document productions.

6/4/17-Review supplemental debtor document production.

6/5/17-Follow up e-mail sent to Atty Habib re deficiency in document procduction.  Review supplemental debtor document productions.

6/8/17-Follow up e-mails (2) sent to Atty Habib.  Reply by e-mail to Atty Maki.  Review e-mail from Atty Habib.

7/717-Caluclate payments made to Ally Financial within one year before bankrupcty.

7/7/17-E-mail to Atty habib re Trustee's claim of insider preferences re debtor's father.

7/16/17-Review e-mail reply from Atty Habib re trustee's demand re insider preference payments.  Reply thereto (from phone).

7/20/17-Review debtor's 7/19/17 settlement proposal to Trustee's preference demand.  Full re-examination of file.  Draft e-mail reply to counsel.

7/25/17-Receive and review e-mail from Atty Maki.

7/27/17- Efile Report of Assets.

7/28/17-USBC issues Notice of POC bar date:  October 26, 2017.  Follow up e-mail sent to Atty Habib re settlement discussions.

8/10/17-Follow up e-mail sent to Atty Habib.  Review his reply.

8/22/17- Prepare Form 1.  Transmit draft Rule 9019 Motion to Atty Habib for his review and comment.

8/30/17-Follow up e-mail sent to Atty Habib re Rule 9019 Motion, etc.

9/6/17- Efile Motion to Compromise.

9/7/17-USBC issues NOH re Rule 9019 Motion.  Hearing Date:  October 5, 2017.

9/8/17-E-file Cert of Service re NOH re Rule 9019 Motion.

10/5/17-Attend hearing in USBC re Rule 9019 Motion.

10/12/17-USBC issues Order Authorizing Compromise of Claim.  Payment due date:  November 11, 2017.

10/13/17-Approve and transmit letter to Atty Habib re Compromise Order and payment due date (November 11, 2017).

11/13/17-Receive and review e-mail from Atty Habib re delay in tender of compromise amount.

11/14/17-Tcw Atty Habib re circumstances for tardiness in payment of compromise amount.  Tcw Atty Maki re same.  Review e-mail, with attachments, from Atty Maki.  Further tcw Atty Habib re delinquent payment.

11/21/17-Follow up e-mail sent to Atty Habib re payment due the estate.

11/27/17-Receive $1,000 partial payment re compromise.

12/15/17-Review and reply to e-mail from Atty Maki.

1/8/18-Quarterly case review.  Follow up e-mail sent to Atty Habib.  Response due:  immediately.  Review e-mail reply from Atty Habib.  Process receipt of $1,000 partial payment and e-mail to Atty Habib re same.

1/22/18-Follow up e-mail sent to Atty Habib re balance due the estate.

1/31/18-Partial payment of $1,000 received.

2/2/18-E-mail from Atty Habib indicating that a further $3,000 payment was in the mail.

2/5/18-E-mail response to 2/2/18 e-mail.

2/5/18-Recieve a restricted $3,000 installment payment from Mr. D':Lubac's company.  E-mail to Atty habib re same.  Receive draft of writing from Atty habib re restriction on installment payment.   Calculate amount necessary to complete administration of the case.

2/9/18-Follow up e-mail sent to Atty Habib.

2/12/18-Recieve writing removing restriction on deopisit of $3,000 installment payment.  E-mail to Atty Habib re same.  Update Form 1 memos.

2/16/18-Review and rply to e-mail from Ms. Elovich.

2/26/18-Receive $1,250 installment payment.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-20550-JJT  
**Case Name:** D'LUBAC, PAUL PETER, IV

**Trustee:** (270180) Thomas C. Boscarino, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 04/15/17 (f)  
**§341(a) Meeting Date:** 05/24/17

**Period Ending:** 09/18/18

**Claims Bar Date:** 10/26/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 4/6/18- Review and execute TFR. | | | | | |
| 4/6/18- Email TFR to OUST. | | | | | |
| 4/26/18-OUST e-files TFR with the USBC. | | | | | |
| 4/27/18-USBC issues Notice of CMRD re TFR. | | | | | |
| 5/23/18-USBC issues Order Approving TFR etc.  Distribution date:  June 11, 2018. | | | | | |
| 6/11/18- Mail distribution checks to creditors. | | | | | |

**Initial Projected Date Of Final Report (TFR):**     December 31, 2018          **Current Projected Date Of Final Report (TFR):**     April 6, 2018  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 17-20550-JJT | **Trustee:** Thomas C. Boscarino, Chapter 7 Trustee (270180) |
| **Case Name:** D'LUBAC, PAUL PETER, IV | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******2966 - Checking Account |
| **Taxpayer ID #:** **-***7536 | **Blanket Bond:** $19,960,270.00   (per case limit) |
| **Period Ending:** 09/18/18 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/27/17 | {15} | Ecoturf Landscaping, LLC | Pymt per Compromise Order (Doc 44) | 1241-000 | 1,000.00 | | 1,000.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 990.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 980.00 |
| 01/09/18 | {15} | Ecoturf Landscaping, LLC | Pymt per Compromise Order (Doc 44) | 1241-000 | 1,000.00 | | 1,980.00 |
| 01/31/18 | {15} | Ecoturf Landscaping, LLC | Pymt per Compromise Order (Doc 44) | 1241-000 | 1,000.00 | | 2,980.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,970.00 |
| 02/12/18 | {15} | Ecoturf Landscaping, LLC | Pymt per Compromise Order (Doc 44) | 1241-000 | 3,000.00 | | 5,970.00 |
| 02/26/18 | {15} | Ecoturf Landscaping, LLC | Pymt per Compromise Order (Doc 44) | 1241-000 | 1,250.00 | | 7,220.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,210.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.36 | 7,199.64 |
| 06/11/18 | 101 | Thomas C. Boscarino, Chapter 7 Trustee | Dividend paid 100.00% on $14.74, Trustee Expenses;  Reference: | 2200-000 | | 14.74 | 7,184.90 |
| 06/11/18 | 102 | Thomas C. Boscarino, Chapter 7 Trustee | Dividend paid 100.00% on $1,442.46, Trustee Compensation;  Reference: | 2100-000 | | 1,442.46 | 5,742.44 |
| 06/11/18 | 103 | Peter William De Hertogh, III | Dividend paid 100.00% on $5,356.61; Claim# 4; Filed: $5,356.61; Reference: | 7100-000 | | 5,356.61 | 385.83 |
| 06/11/18 | 104 | Peter William De Hertogh, III | Dividend paid 100.00% on $60.44; Claim# 4I; Filed: $60.44; Reference: | 7990-000 | | 60.44 | 325.39 |
| 06/11/18 | 105 | D'LUBAC, PAUL PETER, IV | Dividend paid 100.00% on $325.39; Claim# SURPLUS; Filed: $325.39; Reference: | 8200-002 | | 325.39 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 7,250.00 | 7,250.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 7,250.00 | 7,250.00 | |
| Less: Payments to Debtors | | | 325.39 | |
| **NET Receipts / Disbursements** | | **$7,250.00** | **$6,924.61** | |

| | |
|---|---|
| Net Receipts : | 7,250.00 |
| Less Payments to Debtor : | 325.39 |
| Net Estate : | $6,924.61 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2966 | 7,250.00 | 6,924.61 | 0.00 |
| | $7,250.00 | $6,924.61 | $0.00 |

{} Asset reference(s)

Printed: 09/18/2018 06:25 PM     V.14.14